IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD JANKOWSKI, *on Behalf of himself and all Others, similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>DBiSERVICES, LLC,<br><br>Defendant. | Civil Action No.<br>3:21-CV-01833-JFS |

FILED
WILKES BARRE
NOV 26 2024
PER____
DEPUTY CLERK

## ORDER

AND NOW, on this 26th day of November, 2024, upon consideration of Plaintiff's letter in support of voluntary dismissal, it is hereby ORDERED that all claims for Plaintiff shall be VOLUNTARILY DISMISSED without prejudice under Fed. R. Civ. P. 41(a)(2).

BY THE COURT:

*Joseph F. Saporito, Jr.*
HON. JOSEPH F. SAPORITO, JR.
United Staes District Judge